USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 99-1905 SHARON HUGHES MENDONCA, Plaintiff, Appellant, v. AMY O'BRIEN WINTERSEN, Defendant, Appellee. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Edward F. Harrington, U.S. District Judge] Before Selya, Circuit Judge, Cyr, Senior Circuit Judge, and Lipez, Circuit Judge.      Sharon Hughes Mendonca on brief pro se. Robin Aaronson Maher and Segalini & Neville on brief forappellee.December 27, 1999   Per Curiam. After a thorough review of the record and the submissions of the parties, we affirm for the reason stated by the district court in its Order dated July 27, 1999.  Furthermore, the district court also lacked subject matter jurisdiction under the Rooker-Feldman doctrine. See District of Columbia Court of Appeals v. Feldman, 460 U.S. 462, 476 (1983) ("[A] United States District Court has no authority to review final judgments of a state court in judicial proceedings."); Rooker v. Fidelity Trust Co., 263 U.S. 413, 415-16 (1923) (same). Affirmed. 1st Cir. Loc. R. 27(c).